UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN TORSTEN LOOP,<br><br>      Plaintiff(s),<br>  v.<br><br>STATE OF WASHINGTON, et al.,<br><br>      Defendant(s). | CASE NO. C24-0669-KKE<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

  Plaintiff John Torsten Loop, proceeding *pro se*, filed this action on May 15, 2024. Dkt. No. 1. Defendants Washington Attorney General Bob Ferguson and the State of Washington appeared on June 4, 2024, and requested an extension of time to answer Loop's complaint from June 7 to June 24, to allow them sufficient time to review the complaint and file a motion to dismiss. Dkt. Nos. 10, 14. Although Loop responded to that motion, his response does not address whether an extension is appropriate. Dkt. No. 15.

  Because the Court finds good cause to extend Defendants' response deadline, the Court GRANTS Defendants' motion for extension of time. Dkt. No. 14. Defendants Ferguson and the State of Washington may respond to Loop's complaint no later than June 24, 2024.

  Dated this 21st day of June, 2024.

                    */s/ Kymberly K. Evanson*
                    Kymberly K. Evanson
                    United States District Judge